**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**JAMES V. WALLACE**                                                                                   **PETITIONER**
Reg #36156-060

VS.                    CASE NO.: 2:16-CV00053-JM-BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                  **RESPONDENT**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation and Mr. Wallace's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner James V. Wallace's petition for writ of habeas corpus (#1) is DISMISSED, with prejudice, this 5th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE